IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    4:98CR00144-01-WRW

RONALD ROY MORRIS

<u>ORDER</u>

    The above entitled cause came on for a hearing March 20, 2006, the Honorable William R. Wilson, presiding, on the Petition to Revoke the Supervised Release granted the defendant, Ronald Roy Morris. Upon review of the case by the Court and the testimony of the witnesses, the Court finds that the Petition to Revoke should be, and hereby is, DENIED. The defendant will remain on supervised release for the period previously imposed by this Court and his conditions will be modified to include six (6) months community correctional center placement at the City of Faith in Little Rock, Arkansas. In addition, the defendant shall participate in anger management counseling and alcohol treatment. Furthermore, the defendant shall refrain from the use of alcohol throughout the remainder of his supervision. The remaining conditions of the defendant's supervised release remain in full force and effect.

    IT IS SO ORDERED this 22nd day of March, 2006.

                                               <u>/s/ Wm. R.Wilson,Jr.</u>
                              UNITED STATES DISTRICT JUDGE

supvrdny.jdg.wpd