**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                              **NO. 4:98-CR-00144-WRW**

**RONALD ROY MORRIS**

**AMENDED ORDER**

In a March 22, 2006 Order, Defendant's conditions of supervised release were modified to include, among other things, six months community correctional center placement at the City of Faith in Little Rock, Arkansas.

It has come to my attention that the City of Faith is currently housing a resident who should not be housed with Defendant. Accordingly, the March 22, 2006 Order is modified to remove the City of Fath requirement and to include six months placement in a community correctional center designated by the Bureau of Prisons. All other conditions of the March 22, 2006 Order remain.

IT IS SO ORDERED this 27th day of April, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE